1  Michael Kind, Esq.
2  NV Bar No. 13903
   **KAZEROUNI LAW GROUP, APC**
3  7854 W. Sahara Avenue
4  Las Vegas, NV 89117
   Phone: (800) 400-6808 x7
5  FAX: (800) 520-5523
6  mkind@kazlg.com

7  *Attorneys for Plaintiff Marcus Grayson*

8

9

10

11

12           **UNITED STATES DISTRICT COURT**
13            **DISTRICT OF NEVADA**

14

15  | MARCUS GRAYSON, on behalf of himself and all others similarly situated, | Case No.: 2:15-cv-00150-RFB-NJK |
16  | | |
17  | | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
    | Plaintiff, | |
18  | v. | |
19  | | |
    | FIFTH GENERATION, INC., d.b.a. TITO'S HANDMADE VODKA , | |
20  | | |
21  | Defendant. | |
22  | | |
23  | | |
24  | | |
25

26

27

28

---

STIP. TO DISMISS                           1                    Case No.: 2:15-cv-00150-RFB-NJK

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

2  Plaintiff Marcus Grayson ("Plaintiff") and Defendant Fifth Generation, Inc., d.b.a.

3  Tito's Handmade Vodka ("Defendant") stipulate to dismiss without prejudice

4  Plaintiff's claims against Defendant in this matter.   Each party will bear its own

5  costs, disbursements, and attorney fees.

6      DATED this 19th day of February 2016.

7

8  **KAZEROUNI LAW GROUP, APC**

9  By: /s/ Michael Kind
10  Michael Kind, Esq.
   7854 W. Sahara Avenue
11  Las Vegas, NV 89117
   *Attorneys for Plaintiff*
12

13  **GREENBERG TRAURIG LLP**

14
   By: /s/  Kara B. Hendricks
15  Kara B. Hendricks, Esq.
   3773 Howard Hughes Parkway, Suite 500 North
16  Las Vegas, NV 89169
17  Ricky L. Shackelford, Esq.
   1840 Century Park East, Suite 1900
18  Los Angeles, CA 90067
19  *Attorneys for Defendant Fifth Generation, Inc., d.b.a. Tito's Handmade Vodka*

20

21      IT IS SO ORDERED:

22  _____
23      UNITED STATES DISTRICT JUDGE

24

25      DATED:___December 23, 2016_____

26

27

28

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 19, 2016, the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117